UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In Re:

ROBBINSDALE APARTMENTS HOUSING
ASSOCIATES I, LLC,

Debtor.

CHAPTER 11

CASE NO. 07-42301

---

## NOTICE OF INTENTION TO SEEK EXPEDITED HEARING

The debtor in the above Chapter 11 case gives notice that it intends to seek expedited hearings on the following matters:

MOTION PURSUANT TO SECTION 366 OF THE BANKRUPTCY CODE, FOR ENTRY OF INTERIM ORDER (1) DETERMINING ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, AND (2) RESTRAINING UTILITY COMPANIES FROM DISCONTINUING, ALTERING, OR REFUSING SERVICE

MOTION FOR APPROVAL OF USE OF CASH COLLATERAL AND FOR ADEQUATE PROTECTION

Dated: 7-10-07

BOLINSKE & BOLINSKE, PLLC

Chad J. Bolinske (319430)
1660 South Highway 100, Suite 508E
St. Louis Park, MN 55416
952-294-0144