# United States Bankruptcy Court
### District of Minnesota

In re __ROBBINSDALE APARTMENTS HOUSING ASSOCIATES I, LLC__

Debtor(s)

Case No. __07-42301__

Chapter __11__

# BUSINESS INCOME AND EXPENSES

FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS (NOTE: ONLY INCLUDE information directly related to the business operation.)

### PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

1. Gross Income For 12 Months Prior to Filing: $ __437,332.54__

### PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:

2. Gross Monthly Income $ __34,000.00__

### PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

3. Net Employee Payroll (Other Than Debtor) $ __924.00__
4. Payroll Taxes __70.00__
5. Unemployment Taxes __0.00__
6. Worker's Compensation __0.00__
7. Other Taxes __0.00__
8. Inventory Purchases (Including raw materials) __0.00__
9. Purchase of Feed/Fertilizer/Seed/Spray __0.00__
10. Rent (Other than debtor's principal residence) __0.00__
11. Utilities __4,500.00__
12. Office Expenses and Supplies __150.00__
13. Repairs and Maintenance __0.00__
14. Vehicle Expenses __0.00__
15. Travel and Entertainment __0.00__
16. Equipment Rental and Leases __0.00__
17. Legal/Accounting/Other Professional Fees __0.00__
18. Insurance __758.16__
19. Employee Benefits (e.g., pension, medical, etc.) __0.00__
20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

   DESCRIPTION                                                    TOTAL

21. Other (Specify):

   DESCRIPTION                                                    TOTAL
   **Interst payment to Anchor Bank and escrow payment for property taxes.**   26,918.00

22. Total Monthly Expenses (Add items 3-21) $ __33,320.16__

### PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2) $ __679.84__

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

--------------------------------------------------

In Re:

ROBBINSDALE APARTMENTS HOUSING
ASSOCIATES I, LLC,

CHAPTER 11

CASE NO. 07-42301

Debtor.

--------------------------------------------------

CERTIFICATE OF SERVICE

Chad J. Bolinske, under penalty of perjury, states that on Sept 21, 2007 he caused the following to be served.

1. Debtors Business income and expenses;

2. Certificate of Service.

By sending true and correct copies to the parties named via first class mail on the attached service list, unless otherwise indicated.

Dated: 9-21-2007

Chad J. Bolinske (319430)
Bolinske & Bolinske, PLLC
1660 South Highway 100, Suite 508E
St. Louis Park, MN 55416
952-294-0144

**SERVICE LIST VIA ECF, US MAIL**

US TRUSTEE'S OFFICE
1015 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS, MN 55415
USTPREGION12.MN.ECF@USDOJ.GOV

SARAH WENCIL
1015 US COURTHOUSE
300 S FOURTH ST
MINNEAPOLIS, MN 55415
SARAH.J.WENCIL@USDOJ.GOV


**SERVICE LIST VIA U.S. MAIL**

INTERNAL REVENUE SERVICE
STOP 5700
30 EAST SEVENTH STREET #1222
ST. PAUL, MN 55101

MINNESOTA DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
PO BOX 64447
ST. PAUL MN 55164

UNITED STATES ATTORNEY
600 US COURTHOUSE
300 SOUTH FOURTH STREET
MINNEAPOLIS, MN 55415

CENTERPOINT ENERGY
PO BOX 1144
MINNEAPOLIS, MN 55440

CITY OF ROBBINSDALE
4100 LAKEVIEW AVE N
ROBBINSDALE, MN 55422

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS, MN 55112

ANCHOR BANK
PO BOX 7933
MADISON, WI 53707

FREDRICKSON & BYRON
200 SOUTH SIXTH ST
SUITE 4000
MINNEAPOLIS, MN 55402
ATTN: MARK VYVYAN

KENNEDY & GRAVEN
Attn: BONNIE WILKINS
470 US BANK PLAZA
200 SOUTH SIXTH ST
MINNEAPOLIS, MN 55402

## VERIFICATION

I, Hyder Jaweed, the Chief Manager of Robbinsdale Apartments Housing Associates I, LLC, the movants named in the foregoing documents, declare under penalty of perjury that I have read the following documents and they are true and correct to the best of my knowledge, information and belief.

Dated: _____    _____
                                                              Hyder Jaweed