Form 6004-1(a)  UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| ROBBINSDALE APARTMENTS | ) | Chapter 7 |
| HOUSING ASSOCIATES I, LLC, | ) | Case No. 07-42301 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF ABANDONMENT**

To: The United States Trustee, all creditors and other parties in interest.

Notice. On May 8, 2008, or as soon thereafter as the transaction may be completed, and subject to objection under applicable rules, the undersigned trustee of the estate of the debtor(s) named above will abandon property of the estate as follows:

Real estate legally described in Exhibit A, attached hereto.        (Sch.A 5,200,000.00)

Computers, Fax Machine, 2 Walkie Talkies, 3 Chairs,        (Sch.B 30,000.00)
Cleaning Supplies, Lawnmower, Blower, Refrigerators and
Stoves for 88 units.

Said property is subject to mortgage and security interest in favor of Anchor Bank securing the sum owing of $4,330,093.56 plus as of December 11, 2007 and lien of the City of Robbinsdale for water utility in the amount of $23,736.83 plus, all of which exceeds the value thereof based upon inspection, opinion of value obtained, condition and further cost of sale and tax consequences otherwise.

OBJECTION: MOTION: HEARING. Under applicable rules, any objection must be in writing, be served on the undersigned trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 noon on the day before the date set for the abandonment. If an objection is timely served and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the trustee with notice by the trustee to the objecting party and the United States Trustee. If an objection is made or an order is required, the undersigned trustee moves the court for such orders as may be necessary or appropriate.

| | | |
|---|---|---|
| Clerk of U.S. Bankruptcy Court | United States Trustee | Trustee |
| 301 U.S. Courthouse | 1015 U.S. Courthouse | (see address |
| 300 South 4th Street | 300 South 4th Street | below) |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Date: April 15, 2008        /e/ Dwight R. J. Lindquist
                                            Dwight R. J. Lindquist, Trustee
                                            1510 Rand Tower
                                            527 Marquette Avenue
                                            Minneapolis, MN 55402
                                            (612) 332-8871  #63538

# EXHIBIT A

**Parcel 1:**

That part of Lots 10, 11 and 12, and accretions thereto, Auditor's Subdivision Number 180 Hennepin County, Minnesota, all described as beginning at a point on the Southwesterly line of said Lot 11 distance 7.34 feet Northwesterly of the most Southerly corner of said Lot 11, which point is marked by a Judicial Landmark set pursuant to Torrens Case No. 12700; thence Northeasterly parallel to the Southeasterly line of said Lot 11 a distance of 95 feet, which point is marked by a Judicial Landmark set pursuant to Torrents Case No. 12700; thence Southeasterly parallel to the Southwesterly line of said Lots 11 and 12 to a point of intersection with a line drawn parallel to and 67.34 feet Northwesterly measured at right angles, from the Southeasterly line of said Lot 12, which point is marked by a Judicial Landmark set pursuant to Torrens Case No. 12700; thence Northeasterly along the last described parallel line to its intersection with the Southwesterly line of State Trunk Highway No. 52; thence Northwesterly along the Southwesterly line of said Highway to its intersection with a line drawn parallel to the Northwesterly line of Lot 9, Auditor's Subdivision Number 180 Hennepin County, Minnesota, from a point on the Southwesterly line of Lot 10 distant 110.78 feet Southeasterly along the Southwesterly line of said Lots 9 and 10 from the most Westerly corner of said Lot 9; thence Southwesterly to a point on the Southwesterly line of said Lot 10 distant 110.78 feet Southeasterly along the Southwesterly line of said Lots 9 and 10 from the most Westerly corner of said Lot 9; thence Southeasterly along the Southwesterly line of said Lots 10 and 11 to the point of beginning.

Being registered land as is evidenced by Certificate of Title No. 1178699.

**Parcel 2:**

Tracts A and D, Registered Land Survey No. 919, Hennepin County, Minnesota.

Being registered land as is evidenced by Certificate of Title No. 1194274.